## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-23423-JB

DOUGLAS LONGHINI,

      Plaintiff,

v.

FLAGLER MIAMI PLAZA LLC and
ASHOKA INDIAN CUISINE INC d/b/a
ASHOKA INDIAN CUISINE,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, DOUGLAS LONGHINI, and Defendants, FLAGLER MIAMI PLAZA LLC and ASHOKA INDIAN CUISINE INC d/b/a ASHOKA INDIAN CUISINE, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice.

Respectfully submitted this March 25, 2025.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edward S. Polk* |
| ANTHONY J. PEREZ, ESQ. | EDWARD S. POLK |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| ANTHONY J. PEREZ LAW GROUP, PLLC | COLE, SCOTT & KISSANE, P.A. |
| 7950 W. Flagler Street, Suite 104 | 9150 South Dadeland Boulevard, Suite 1400 |
| Miami, Florida 33144 | Miami, Florida 33156 |
| Telephone: (786) 361-9909 | Telephone 786-268-6782 |
| Email: ajp@ajperezlawgroup.com | E-Mail: Edward.polk@csklegal.com |
| *Attorney for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 25, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com


By:  /s/  Anthony J. Perez
     ANTHONY J. PEREZ