## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 24-cv-23423-JB/Torres

DOUGLAS LONGHINI,

                Plaintiff,

v.

FLAGLER MIAMI PLAZA LLC,
*et al.*,

                Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice.  ECF No. [14].  Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own attorney's fees and costs, except as indicated in the parties' settlement agreement.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 15th day of April, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**